IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHRISTA DONNELL GRAHAM,<br><br>   Plaintiff,<br><br>v.<br><br>L.E. GODWIN, LYNWOOD YATES, NOLE COOK, and SAM FLEMING,<br><br>   Defendants. | Civil Action No. 7:10-CV-56 (HL) |

### ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 69). Judge Langstaff recommends that Defendants' Motion for Summary Judgment (Doc. 55) be granted and Plaintiff's Cross-Motion for Summary Judgment (Doc. 60) be denied.

Plaintiff has filed objections to the Recommendation. The Court has made a *de novo* review of the Recommendation.

Upon review, the Court accepts and adopts the Recommendation. Plaintiff's objections are overruled. Defendants' Motion for Summary Judgment (Doc. 55) is granted. Plaintiff's Cross-Motion for Summary Judgment (Doc. 60) is denied. The Clerk of Court is directed to enter final judgment in favor of Defendants.

**SO ORDERED**, this the 5th day of September, 2012.

            */s/ Hugh Lawson*
            **HUGH LAWSON, SENIOR JUDGE**

mbh