IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| CHRISTA DONNELL GRAHAM, | : | |
| Plaintiff | : | |
| VS. | : | |
| L.E. GODWIN, *et al.*, | : | NO. 7:10-CV-56 (HL) |
| Defendants | : | |
| | : | **O R D E R** |

*Pro se* Plaintiff **CHRISTA DONNELL GRAHAM**, a Florida state prisoner, has filed a motion to proceed *in forma pauperis* on appeal (Doc. 75) from the Court's September 5, 2012 Order accepting the Magistrate Judge's recommendation and granting Defendants' motion for summary judgment. In the Court's best judgment, an appeal from its Order cannot be taken in good faith. 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). Plaintiff's motion to proceed IFP on appeal is accordingly **DENIED**.

If Plaintiff wishes to proceed with his appeal, he must pay the entire $455 appellate filing fee. Because Plaintiff has stated that he cannot pay the $455 immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b). Pursuant to section1915(b), the prison account custodian where plaintiff is incarcerated shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to Plaintiff's account until the $455 appellate filing fee has been paid in full. Twenty percent of any deposits into the prisoner's account shall be withheld by the prison account custodian who, on a monthly basis, shall forward the amount withheld from the prisoner's account to the Clerk of this Court each time the amount in the account exceeds $10 until the total filing fee of $455 has been paid. Checks should be made

payable to "Clerk, U.S. District Court." The Clerk of Court is directed to send a copy of this order to the business manager at Hardee Correctional Institution.

      **SO ORDERED**, this 10th day of October, 2012.

                                    *s/ Hugh Lawson*
                                    HUGH LAWSON
                                    UNITED STATES DISTRICT JUDGE

cr