IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| CHRISTA DONNELL GRAHAM, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| L.E. GODWIN, *et al.*, | : | NO. 7:10-CV-56 (HL) |
| | : | |
| Defendants | : | |
| | : | **O R D E R** |

On March 7, 2013, the United States Court of Appeals for the Eleventh Circuit denied Plaintiff **CHRISTA DONNELL GRAHAM'S** motion for leave to proceed on appeal from this Court's September 5, 2012 Order dismissing Plaintiff's lawsuit filed under 42 U.S.C. § 1983 (Doc. 78). Plaintiff, a prisoner with "three strikes" under 28 U.S.C. § 1915(g), was barred from appealing without prepaying the entire appellate filing fee.

In accordance with the Eleventh Circuit's opinion, officials at the Hardee Correctional Institution ("HCI"), where Plaintiff is confined, should not remit any partial payments from Plaintiff's account toward the appellate filing fee. The Clerk's Office is **DIRECTED** to send a copy of this Order to the Business Manager at HCI.

**SO ORDERED**, this 13th day of March, 2013.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr